IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MARK SIMON PETERSON | CASE:  10-31139 SBB |
| TRISHA NICOLE PETERSON | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    The Standing Chapter 13 Trustee hereby files her Objection to Confirmation of the proposed Chapter 13 Plan, and states:

1. The plan does not meet the best interests of creditors. The strong arm powers of the trustee would reach the property listed on Statement of Financial Affairs #14 which is titled in the name of the Debtor

    The Trustee reserves the right to amend her objection after the meeting of creditors and to report on the Debtors' payment history at any confirmation hearing.

    WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

September 21, 2010

    Respectfully submitted,

s/William R. Lambert  
William R. Lambert  #18882  
Attorney for Chapter 13 Trustee,  
Sally J. Zeman  
P.O. Box 1169  
Denver, CO  80201-1169  
(303) 830-1971  
FAX (303) 830-1973

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on September 21, 2010 addressed as follows:

| | |
|---|---|
| MARK SIMON and TRISHA NICOLE PETERSON<br>3824 24TH AVE.<br>EVANS, CO 80620 | BELL, STIRMAN & CARNEY P.C.<br>322 EAST OAK STREET<br>FORT COLLINS, CO 80524-0000 |

\s\ sjz
Chapter 13 Trustee Staff Member